■ JOSEPH FELIX, Appellant, v INDEPENDENCE SAVINGS BANK et al., Defendants, and 20 BAYARD VIEWS, LLC, et al., Respondents. (And a Third-Party Action.) [932 NYS2d 719]—

The plaintiff allegedly was injured when he fell from a scaffold, which was on wheels, while performing pipefitting work. He established, prima facie, that the defendants were subject to liability under Labor Law § 240 (1) based on his deposition testimony that a wheel of the scaffold on which he was working slipped into a hole, causing him to fall (*see Caballero v Benjamin Beechwood, LLC*, 67 AD3d 849, 852 [2009]).

In opposition, the defendants failed to raise a triable issue of fact (*cf. Wiener v Rosmarin*, 282 AD2d 449, 450 [2001]).

Accordingly, the Supreme Court should have granted the plaintiff's motion for summary judgment on the issue of liability on the cause of action alleging violations of Labor Law § 240 (1). Angiolillo, J.P., Leventhal, Austin and Roman, JJ., concur.